IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
        v.                  )       CR. NO. 2:93cr310
                            )              WO
FRANCIS WILLIAMS            )

## O R D E R

Defendant Francis Williams has filed a pleading styled as a "*Motion to Obtain Relief from Judgment Pursuant to F.R.Cv.P. Rule 60(b)*" (Doc. 1579), wherein she challenges the conviction and sentence imposed upon her by this court in 1994 for a controlled substance offense. A review of the claims presented by Williams in her motion indicates that she seeks relief from this court that is appropriate only under the remedy provided by 28 U.S.C. § 2255. Accordingly, the Clerk of this court is hereby **DIRECTED** to:

1. Open a civil action under 28 U.S.C. § 2255.

2. Docket Williams's "*Motion to Obtain Relief from Judgment Pursuant to F.R.Cv.P. Rule 60(b)*" (currently docketed as Doc. 1579 under 2:93cr310) in the newly opened civil action.

3. Assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is assigned; and

4. Refer the case file to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done this 2nd day of May, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE