IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:93cr310 |
| | ) | WO |
| FRANCIS WILLIAMS | ) | |

**O R D E R**

Defendant Francis Williams has filed a pleading styled as "*Objections to the Pre-Sentence Report*" (Doc. 1577), wherein she challenges the sentence imposed upon her by this court in 1994 for a controlled substance offense.  A review of the claims presented by Williams in this pleading indicates that she seeks relief from this court that is appropriate only under the remedy provided by 28 U.S.C. § 2255.  Accordingly, the Clerk of this court is hereby **DIRECTED** to:

   1.  Open a civil action under 28 U.S.C. § 2255.

   2.  Docket Williams's "*Objections to the Pre-Sentence Report*" (currently docketed as Doc. 1577 under 2:93cr310) in the newly opened civil action.

   3.  Assign the newly opened case to the Magistrate Judge and District Judge to whom the instant case is assigned; and

   4.  Refer the case file to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

   Done this 3rd day of August, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE