IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:93-CR-310-T |
| | ) | WO |
| FRANCIS WILLIAMS | ) | |

**ORDER ON MOTION**

On November 22, 2004, defendant Francis Williams ("Williams") filed a motion in which she requests that she be allowed to "adopt and submit" the motion filed by her codefendant William D. Thrash "in hopes to receive a sentence reduction." (Doc. 1576.) According to Williams, Thrash's motion was filed on June 13, 2000, "pursuant to provisions of 18 U.S.C. 3582(c)(2) and Sentencing Guidelines Special Offender Characteristics made retroactive November 1, 2000." The court's records indicate that Thrash filed such a motion on June 13, *2002*, and that said motion was denied by stamped order of this court on September 6, 2002. *See* Case No. 2:93cr310 - Doc. 1506. Williams does not suggest which of Thrash's arguments she wishes to adopt and she directs this court to none of the specific facts of her own case. Accordingly, and for good cause, it is

**ORDERED** that Williams's motion to "adopt and submit" her codefendant's motion (Doc. 1576) be and is hereby DENIED.

Done this 4th day of August, 2005.


/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE